AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

BECKY GRUBBS,

      Plaintiff,        JUDGMENT IN A CIVIL CASE

V.

          CASE NUMBER: **3:07-cv-00030-BES-RAM**

HARRAH'S ENTERTAINMENT, INC.
and DOES I-X,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' (#9) Motion for Judgment by Default, or Dismissal, for Plaintiff's Failure to Appear at Deposition and Answer Discovery is GRANTED. This action is DISMISSED without prejudice.


   February 14, 2008                           **LANCE S. WILSON**
                                                         Clerk


                                                       /s/ Kalani Lizares
                                                          Deputy Clerk